SEALED

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

JUL 19 2018

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
District of Utah

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 2:18-mj-411-EJF
447 South 1000 West, Salt Lake City, Utah )
2000 Toyota Corolla Utah license plate UT: E711VD )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Utah_____
*(identify the person or describe the property to be searched and give its location):*
447 South 1000 West, Salt Lake City, Utah


The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*
See Attachment B in the Warrant Affadavit


I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____July 29, 2018_____
*(not to exceed 10 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_EVELYN J. FURSE_____.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐for _____ days *(not to exceed 30).*
☐until, the facts justifying, the later specific date of _____.

Date and time issued: __7/19/18__      _____*Evelyn Furse*_____
                                              *Judge's signature*

City and state:  Salt Lake City, Utah          Evelyn J. Furse, United States Magistrate Judge
                                                     *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

# ATTACHMENT A

*Property to be searched*

The property to be searched is **447 South 1000 West, Salt Lake City, Utah**, further described as a gray rambler style residence with white trim, and vehicle registered to subject listed as a 2000 Toyota Corolla, Utah license plate E711VD, trailers, or outbuildings located on the property.



# ATTACHMENT B

*Property to be seized*

1. All records, evidence, and instrumentalities relating to violations of Title 18, United States Code, Section 844(i), including:

    a. Photographs, drawings, maps, descriptions, plans, reconnaissance or other documents connecting FUENZALIDA to the Salt Lake Airport property or leased spaces owned and operated at the Salt Lake Airport;

    b. Any and all items/liquids/containers and/or other instruments possibly used in the commission of a violation of 18 U.S.C. § 844(i) (destruction of vehicles by fire or explosion); and

    c. Clothing items that subject was observed wearing on the night of the incident.

# SEALED

## UNITED STATES DISTRICT COURT
for the
District of Utah

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

JUL 1 9 2018

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
447 South 1000 West, Salt Lake City, Utah; )
2000 Toyota Corolla Utah license plate UT-E711VD )
)

Case No. 2:18-mj-411

### APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the _____ District of _____ Utah _____ *(identify the person or describe property to be searched and give its location):* 447 South 1000 West, Salt Lake City, Utah

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):* See Attachment B in the Warrant Affadavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of __18__ U.S.C. § __844(i)__ , and the application is based on these facts: See Probable Cause statement in the Warrant Affadavit

☑ Continued on the attached sheet.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Task Force Officer Allen Christensen
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/19/2018

_____
*Judge's signature*

City and state: Salt Lake City, Utah

Evelyn J. Furse
*Printed name and title*

# ATTACHMENT A

*Property to be searched*

The property to be searched is **447 South 1000 West, Salt Lake City, Utah**, further described as a gray rambler style residence with white trim, and vehicle registered to subject listed as a 2000 Toyota Corolla, Utah license plate E711VD, trailers, or outbuildings located on the property.



# ATTACHMENT B

*Property to be seized*

1. All records, evidence, and instrumentalities relating to violations of Title 18, United States Code, Section 844(i), including:

    a. Photographs, drawings, maps, descriptions, plans, reconnaissance or other documents connecting FUENZALIDA to the Salt Lake Airport property or leased spaces owned and operated at the Salt Lake Airport;

    b. Any and all items/liquids/containers and/or other instruments possibly used in the commission of a violation of 18 U.S.C. § 844(i) (destruction of vehicles by fire or explosion); and

    c. Clothing items that subject was observed wearing on the night of the incident.

SEALED

FILED IN UNITED STATES DISTRICT
 COURT, DISTRICT OF UTAH
 JUL 19 2018
 BY D. MARK JONES, CLERK
 DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR UTAH

IN THE MATTER OF THE SEARCH OF:

447 South 1000 West, Salt Lake City, Utah
(further described in Attachment A)
2000 Toyota Corolla Utah license plate UT: E711VD

Case No. 2:18-mj-411-EJF

## AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE

I, **Allen Christensen** being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.  I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the premises known as **447 South 1000 West, Salt Lake City, Utah**, hereinafter "PREMISES," further described in Attachment A, for the things described in Attachment B.

2. I am a Sergeant with the Salt Lake Airport Police. I have been employed by the Airport Police Department for more than 16 years. I have been working criminal investigations for approximately 7 years of his career, to include being assigned as a full-time Task Force Officer on the FBI Joint Terrorism Task Force (JTTF) for five of those years. I am currently assigned as the Sergeant over the investigations unit for the Airport Police, and have been in my

current position for several months. Along with my current assignment, I am assigned as a part-time Task Force Officer on the FBI JTTF. My assignments on the JTTF include working and investigating cases involving Airport related crimes and crimes of international terrorism. As a Task Force Officer, I am authorized to investigate violations of United States laws and to execute warrants issued under the authority of the United States.

3. The information set forth in this affidavit is based upon my personal knowledge and/or information provided to me by other law enforcement officers working on this case. I have set forth the facts that are necessary to establish probable cause to believe that evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Section 844 are presently located within the property described in Attachment A. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

4. On July 8, 2018 at about 12:20 a.m., a vehicle fire was observed in the Hertz lot at the Salt Lake International Airport. The affected vehicle was quickly engulfed in flames, and emergency responders were called.

5. Investigation into the events surrounding the start of the fire revealed that on July 8, 2018 at or around 12:10 a.m., a male wearing a long-sleeved plaid shirt, a black hat, light colored pants, and black shoes was captured on security cameras accessing the parking lot leased and operated by Hertz Rent-a-Car carrying two large black bags. The bags appeared to have some weight to them, based on the way that the male was carrying them. The male was filmed walking out of the camera view with the black bags to an area where several rental vehicles were parked unattended.

6. The male was visible again in the camera view walking empty handed back to where his vehicle was parked outside the secured fence. Several minutes later, he was filmed returning to the same area he left the black bags, carrying an unknown object that appeared white in color in his left arm. After several minutes, the male was filmed running from the area of the parked cars carrying the two large bags back to his vehicle. The bags appeared to be lighter based on the way that the male was carrying the bags. Shortly after the male ran from the area, a visible fire was observed and called in to the Salt Lake Airport dispatch.

7. The male drove away from the Hertz area at a high rate of speed towards the gate arms that access the economy lot from the rental car back lot area. The male was filmed pulling a white parking ticket from the machine and when the gate arm raises, the male drove at a high rate of speed toward the Standard Parking pay booth. The male pulled up to lane ten and placed

3

the ticket in the machine. Multiple cameras in the area clearly show the rear license plate as Utah plate E711VD. <ins>which came back to a 2000 Toyota Corolla</ins> Another camera partially shows the male's face but the male observed the camera and attempted to block his face from the camera view. When the gate arm to lane ten opened, the male quickly drove out of the lot and out of the airport.

8. The license plate was checked through UCJIS and the vehicle came back to an individual by the name of EDUARDO HIDALGO FUENZALIDA, date of birth 09-21-1990. FUENZALIDA's Driver's license is Utah DL#176565697. A photo was pulled from the driver's license record and the photo was compared to the security camera footage. Based on the comparison, it was determined that the person in the video is the same person on the driver's license photo.

9. Based on the way the vehicle departed the area of the Hertz back lot, it was suspected that FUENZALIDA was either an active or prior employee of a rental car company. Airport Police Investigators spoke to a representative with GCA, who is contracted by multiple car rental agencies, including Hertz, to shuttle rental cars. The representative was shown the driver's license photo of FUENZALIDA, and the representative stated that FUENZALIDA was a previous employee of GCA. The representative advised that FUENZALIDA was terminated in May 2018 due to a policy violation that involved him taking a rental vehicle home without prior authorization. Documentation regarding FUENZALIDA's termination was provided by the GCA

representative. The information was compared to FUENZALIDA's driver's license information and it was determined to be the same person.

10. SLC Fire crews responded and extinguished the flames, but by the time the flames were extinguished, approximately twenty vehicles were damaged by the flames. The approximate cost of damage was estimated at $500,000.00.

11. Based on database searches, it has been confirmed that subject FUENZALIDA does in fact reside at the address listed above. Due to the database information, the address has been driven by on multiple occasions to include todays date and the subject's vehicle has been clearly visible at the residence during these checks. The vehicle was identified by the Utah license plate affixed to the front of the vehicle.

12. Based on training and experience it is believed that since the subject was wearing winter style clothing in the heat of the summer night, it would be unusual for him to have disposed of the clothing after the commission of the crime. It is assumed that the clothing will be located at the residence. In my training and experience, it also is not uncommon for other instrumentalities of a crime to be retained in the home or vehicle.

13. The residence is described as a rambler style home with light gray sighting on the exterior with white trim. There is a red stained wood fence in the driveway that separates the front of the residence to the rear of the residence.

## CONCLUSION

14. I submit that this affidavit supports probable cause for a warrant to search the PREMISES described in Attachment A and seize the items described in Attachment B.

## REQUEST FOR SEALING

15. It is respectfully requested that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the application and search warrant. I believe that sealing this document is necessary because the items and information to be seized are relevant to an ongoing investigation. Based upon my training and experience, I have learned that online criminals actively search for criminal affidavits and search warrants via the Internet, and disseminate them to other online criminals as they deem appropriate, i.e., post them publicly online through the carding forums. Premature disclosure of the contents of this affidavit and related documents may have a significant and negative impact on the investigation,

//

//

lead to the destruction of evidence, and jeopardize officer safety.

                                         Respectfully submitted,

                                          Allen Christensen
                                          Task Force Officer
                                          FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn to before me
on July 19, 2018:

EVELYN J. FURSE
UNITED STATES MAGISTRATE JUDGE

7

# ATTACHMENT A

*Property to be searched*

The property to be searched is **447 South 1000 West, Salt Lake City, Utah**, further described as a gray rambler style residence with white trim, and vehicle registered to subject listed as a 2000 Toyota Corolla, Utah license plate E711VD, trailers, or outbuildings located on the property.



# ATTACHMENT B

*Property to be seized*

1. All records, evidence, and instrumentalities relating to violations of Title 18, United States Code, Section 844(i), including:

    a. Photographs, drawings, maps, descriptions, plans, reconnaissance or other documents connecting FUENZALIDA to the Salt Lake Airport property or leased spaces owned and operated at the Salt Lake Airport;

    b. Any and all items/liquids/containers and/or other instruments possibly used in the commission of a violation of 18 U.S.C. § 844(i) (destruction of vehicles by fire or explosion); and

    c. Clothing items that subject was observed wearing on the night of the incident.