JOHN W. HUBER, United States Attorney (#7226)
MICHAEL KENNEDY, Assistant United States Attorney (#8759)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: Michael.Kennedy@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In the matter of the Search of<br>447 South 100 West, Salt Lake City, UT<br>2000 Toyota Corolla - Utah License Plate<br>E711VD | Case No: 2:18-MJ-00411-ECF<br><br>**MOTION TO UNSEAL SEARCH WARRANT AND AFFIDAVIT**<br><br>Judge Evelyn Furse |

The United States of America, by and through the undersigned Assistant United States Attorney, hereby moves to unseal the Search and Seizure Warrant and Affidavit in the above-captioned case.

In support of this motion, the United States offers the following:

1. The Search and Seizure Warrant and Affidavit, 2:18-MJ-00411-ECF, issued July 19, 2018, to search and seize specific property and items listed in Attachment A and B of the Warrant, has remained sealed since that time.

2.   The Government no longer has a need for this warrant to be sealed and hereby motions the court to unseal the above warrant in order to fulfill its discovery obligations in this case.

Respectfully submitted, this 26th day of July, 2018.

JOHN W. HUBER
United States Attorney

MICHAEL KENNEDY
Assistant United States Attorney