JOHN W. HUBER, United States Attorney (#7226)
MICHAEL KENNEDY, Assistant United States Attorney (#8759)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: Michael.Kennedy@usdoj.gov

FILED
U.S. DISTRICT COURT
2018 JUL 27 P 3: 49
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In the matter of the Search of<br>447 South 100 West, Salt Lake City, UT<br>2000 Toyota Corolla - Utah License Plate E711VD | Case No: 2:18-MJ-00411-ECF<br><br>**MOTION TO UNSEAL SEARCH WARRANT AND AFFIDAVIT**<br><br>Judge Evelyn Furse |

The United States of America, by and through the undersigned Assistant United States Attorney, hereby moves to unseal the Search and Seizure Warrant and Affidavit in the above-captioned case.

In support of this motion, the United States offers the following:

1. The Search and Seizure Warrant and Affidavit, 2:18-MJ-00411-ECF, issued July 19, 2018, to search and seize specific property and items listed in Attachment A and B of the Warrant, has remained sealed since that time.

2.      The Government no longer has a need for this warrant to be sealed and hereby motions the court to unseal the above warrant in order to fulfill its discovery obligations in this case.

Respectfully submitted, this 26th day of July, 2018.

JOHN W. HUBER  
United States Attorney  

/s/ Michael Kennedy  
MICHAEL KENNEDY  
Assistant United States Attorney

RECEIVED CLERK

JUL 2 7 2018

U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In the matter of the Search of<br>447 South 100 West, Salt Lake City, UT<br>200 Toyota Corolla<br>UT License Plate E711VD | Case No.  2:18CR00411 EJF<br><br>ORDER TO UNSEAL SEARCH<br>WARRANT AND AFFIDAVIT |

Upon motion of the United States of America and for good cause shown, it is hereby ORDERED that the Sealed Search Warrant and Affidavit in this matter be unsealed.

DATED this _____ day of July, 2018.

BY THE COURT:

_____
EVELYN J. FURSE
United States Magistrate Judge